988

No. 75–1845.   STRYKER ET AL. v. VILLAGE OF OAK PARK ET AL., *ante*, p. 832;

No. 75–1857.   GABRIEL ET AL. v. LEVIN ET AL., *ante*, p. 833;

No. 75–1860.   JHIRAD v. FERRANDINA, U. S. MARSHAL, *ante*, p. 833;

No. 75–6790.   MUNOZ v. CIVIL SERVICE COMMISSION OF ILLINOIS, *ante*, p. 845;

No. 75–6861.   LUNZ v. SMITH, CORRECTIONAL SUPERINTENDENT, *ante*, p. 849;

No. 75–6906.   SMITH v. CALIFORNIA, *ante*, p. 851;

No. 75–6938.   BLACKFORD v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 853;

No. 75–6952.   REALE v. UNITED STATES, *ante*, p. 854;

No. 75–6984.   KRANCBERG v. REVLON CORP., *ante*, p. 856;

No. 76–117.   MITCHELL ET AL. v. INGRAM, COMMISSIONER OF EDUCATION OF TENNESSEE, ET AL., *ante*, p. 861;

No. 76–197.   MOHASCO INDUSTRIES, INC., ET AL. v. SPOUND ET AL., *ante*, p. 886; and

No. 76–5026.   WILSON v. UNITED STATES, *ante*, p. 897.   Petitions for rehearing denied.

No. 75–492.   ROSNER v. UNITED STATES, 427 U. S. 911. Petition for rehearing denied.   MR. JUSTICE MARSHALL would grant petition for rehearing, vacate order denying certiorari, grant certiorari, vacate judgment, and remand case for further consideration in light of *United States* v. *Agurs*, 427 U. S. 97 (1976).

